UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ZAKARIYA ABDIKARIM, | Civil No. 24-2188 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| ADAM TORGERSON, et al., | |
| Defendants. | |

Zakariya Abdikarim, Cass County Jail, 450 34th Street SW, Fargo, ND 55103, *pro se* plaintiff.

United States Magistrate Judge David T. Schultz entered a Report and Recommendation on July 22, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Zakariya Abdikarim [Dkt. No. 1] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 3, 2024                      _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                        JOHN R. TUNHEIM
                                                   United States District Judge